UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**LAWRENCE SCHAFRATH**, <u>et al.</u>,  )
                              )
    **Plaintiffs**,             )
                              )
    v.                        )   Civil Action No. 05-1656 (GK)
                              )
**UNITED STATES**,                )
                              )
    **Defendant**.              )
_____)

**O R D E R**

    This matter comes before the Court upon Defendant's Motion to Dismiss. Plaintiffs are proceeding <u>pro se</u> in this matter.

    In <u>Fox v. Strickland</u>, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a <u>pro se</u> party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." <u>Id.</u> at 509.

    Accordingly, it is hereby

    **ORDERED** that Plaintiffs respond to Defendant's Motion to Dismiss no later than **January 3, 2006**. If Plaintiffs fail to respond, or to request additional time in which to respond, the Court will treat Defendant's Motion as granted and dismiss Plaintiffs' Complaint.

December 1, 2005                    \_\_\_\_\_/s/_____
                                    Gladys Kessler
                                    U.S. District Judge

**<u>Copies to</u>: attorneys on record via ECF and**

**LAWRENCE SCHAFRATH**
**1230 Scenic Heights Drive**
**Wooster, OH 44691**