UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**LAWRENCE SCHAFRATH, et al.**,   )
                                 )
      **Plaintiffs**,             )
                                 )
  v.                             )   Civil Action No.
                                 )   05-1656 (GK)
**UNITED STATES**,                   )
                                 )
      **Defendant**.              )
_____)

### O R D E R

On December 1, 2005, the Court ordered Plaintiffs to respond to Defendant's Motion to Dismiss [Dkt. #2] no later than January 3, 2006. At that time, the Court notified Plaintiffs that if they failed to respond, the Court would treat Defendant's Motion as granted and dismiss their Complaint. To date, Plaintiffs have not responded to Defendant's Motion. Accordingly, it is hereby

**ORDERED** that the Complaint is **dismissed without prejudice.**


January 10, 2006
                /s/
                GLADYS KESSLER
                U.S. District Court Judge


**Copies to**: attorneys of record via ECF and

**LAWRENCE SCHAFRATH**
**1230 Scenic Heights Drive**
**Wooster, OH 44691**